1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HULJICH, MARK HULJICH, and DAYBREAK PACIFIC, LTD., a New Zealand corporate entity,<br><br>            Plaintiffs,<br><br>       v.<br><br>CRYSTAL SKY ENTERTAINMENT, LLC, a California limited liability company; CRYSTAL SKY WORLDWIDE SALES, LLC, a California limited liability company, CRYSTAL SKY, LLC, a California limited liability company, and STEVEN PAUL, an individual,<br><br>            Defendants.<br>_____<br>CRYSTAL SKY ENTERTAINMENT, LLC, a California limited liability company, and STEVEN PAUL, an individual,<br><br>            Counterclaimants,<br><br>       v.<br><br>PAUL HULJICH, an individual, and MARK HULJICH, an individual<br><br>            Counterdefendants.<br>_____ | CASE NO. CV 06-1209 PJW<br><br><br><br><br><br>A M E N D E D<br><br>J U D G M E N T |

1    The jury rendered a verdict in favor of Plaintiffs Paul Huljich, Mark Huljich, and Daybreak Pacific, Ltd., and against Defendants Steven Paul, Crystal Sky Entertainment, LLC, Crystal Sky Worldwide Sales, LLC, and Crystal Sky, LLC.  For the reasons set forth in the Court's order issued this day, the Court hereby enters judgment in favor of Plaintiffs and against Defendant Crystal Sky Entertainment, LLC only in the amount of $630,348.22 (based on $407,000 awarded by the jury for breach of contract plus $223,348.22 in interest assessed by the Court).

DATED: June 26, 2009.

*[signature: Patrick J. Walsh]*

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-X\Huljich\JUDGMENT.wpd